COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:        01-18-00346-CR

Style:        Ex parte Arelius Alphonsa McGregor

Date motion filed[*]:        May 15, 2018

Type of motion:        Designation of Lead Counsel for Defendant

Parties filing motion:        Appellant's appointed counsel Olubukunola Oyewuwo

Document to be filed:        Notice of Appearance by new lead appellate counsel Mark Bennett

Is appeal accelerated?        Yes.

Ordered that motion is:
- ☑ Granted
  If document is to be filed, document due:  May 29, 2018.
- ☐ Denied
- ☐ Dismissed (*e.g.*, want of jurisdiction, moot)
- ☑ Other: _____

The designation of lead counsel for defendant, construed as notice of additional counsel because only the appointed counsel signed it, and the new lead appellate counsel did not, is **granted**.  *See* TEX. R. APP. P. 6.1(c), 6.2.  The Clerk of this Court is directed to add Mark Bennett as additional counsel.  *See* TEX. R. APP. P. 6.2.  Mr. Bennett is **ordered** to file a notice of appearance as new lead appellate counsel by **May 29, 2018**.  *See* TEX. R. APP. P. 6.1(c), 6.2.

Judge's signature: /s/ Laura C. Higley
        ☑ Acting individually      ☐ Acting for the Court

Date: May 22, 2018